**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2129**

JAMAL A. AZEEZ,

Plaintiff – Appellant,

v.

KRISTEN L. KELLER, Assistant Prosecuting Attorney;
LAWRENCE R. FRAIL, Chief Prosecuting Attorney; BRUCE
LAZENBY, Former Prosecuting Attorney; CEDRIC ROBERTSON,
Police Officer; DAVID H. COOK, Police Officer; JOHN
HUTCHINSON, County Judge; JANICE DAVIS, Clerk of Court,

Defendants – Appellees,

and

FRANCIS M. CURNUTTE, III, Attorney at Law; BILLY COLE,
Chief of Police,

Defendants.

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.   Irene C. Berger,
District Judge. (5:06-cv-00106)

Submitted:  January 24, 2013          Decided:  February 25, 2013

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jamal A. Azeez, Appellant Pro Se. Kevin John Robinson, Chip E. Williams, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Beckley, West Virginia; Francis M. Curnutte, III, FARMER, CLINE & CAMPBELL, PLLC, Charleston, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal A. Azeez appeals the district court's orders denying relief on his 42 U.S.C. §§ 1983, 1985 (2006) complaint and denying his motion to reconsider. We have reviewed the record and Azeez's claims and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Azeez v. Keller, No. 5:06-cv-00106 (S.D. W. Va. Aug. 6 & 31, 2012). We deny Azeez's motion to stay the appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED